UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SENTRY INSURANCE A MUTUAL COMPANY, a/s/o HYDROJET SERVICES, INC., <br>         Plaintiff, <br><br> v. <br><br> SIEMENS CORPORATION, *et al.*, <br>         Defendants. | : <br> : <br> : <br> : <br> : <br> : No. 5:20-cv-3427 <br> : <br> : <br> : |

**O R D E R**

**AND NOW**, this 15th day of December, 2021, upon consideration of this Court's Order dated December 8, 2021, having received no response to that Order from the remaining Cross Claimants, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Crossclaims of Siemens Corporation, Flow International Corporation, and Current Connections and Mechanical Services are **DISMISSED**.
2. This matter is **CLOSED**.

                                                                      BY THE COURT:


                                                                       */s/ Joseph F. Leeson, Jr.*
                                                                       JOSEPH F. LEESON, JR.
                                                                       United States District Judge